# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| TANISHA WESLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-cv-00431-DGK |
| CITY OF LEE'S SUMMIT, et al. | ) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR RECONSIDERATION

Pending before the Court is *pro se* Plaintiff Tanisha Wesley's Motion for Reconsideration, ECF No. 6, of the Court's order dated June 24, 2025, denying her application to proceed in forma pauperis. The Court denied the application after holding the case is frivolous under 28 U.S.C. § 1915(e)(2)(B) because the Complaint, ECF No. 1-2, is premised on "sovereign citizen" type claims that the Eighth Circuit Court of Appeals has repeatedly rejected.

Plaintiff argues the Complaint asserts valid claims under 42 U.S.C. § 1983 and does not rely on "sovereign citizen" type theories. Plaintiff's denials are unavailing because the Complaint says what it says. Among other things, it states that Plaintiff is "an individual Natural Person, inhabitant of the land, not proclaiming to be a sovereign citizen," and that she appeared before the Lee's Summit municipal court "as a private beneficiary, authorized the Judge as Trustee to settle all debts." Compl. at 1, 4-5. This Court has seen numerous cases premised on "sovereign citizen" theories, and notwithstanding Plaintiff's assertion that she is not proclaiming to be a sovereign citizen, this case is one of them.

Accordingly, Plaintiff's motion for reconsideration is DENIED because this case is legally frivolous under 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

Date:   December 23, 2025               /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT